[Cite as *Wise v. Ross Correctional Inst.*, 2010-Ohio-6620.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

ALVIN WISE

    Plaintiff

    v.

ROSS CORRECTIONAL INST.

    Defendant
    Case No. 2010-02944-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

**{¶ 1}** On August 26, 2010, plaintiff was ordered to pay the $25 filing fee or face dismissal of his case. Plaintiff has failed to comply with the court order. Therefore, plaintiff's action is DISMISSED, without prejudice, pursuant to Civ.R. 41(B)(1). The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Alvin Wise, #339-417
P.O. Box 7010
Chillicothe, Ohio 45601

Stephen A. Young
Department of Rehabilitation
and Correction
770 West Broad Street
Columbus, Ohio 4322

DRB/laa
Filed 10/7/10

Case No. 2010-02944-AD       - 2 -       ENTRY

Case No. 2010-02944-AD       - 2 -       ENTRY

Sent to S.C. reporter 1/21/11